BRUNSWICK, PRAVER & NASSOF, INC., and JACOB L. SACHS, Respondents, v. TRIBORO PROPERTIES, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

JOHN CERASOLE, Respondent, v. ANNA EGENBERGER and Others, Defendants; CENTRAL HANOVER BANK AND TRUST COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

MOLLIE COHEN and JOE COHEN, Respondents, v. C. I. T. CORP. and MURRAY A. HANTGAN, Appellants, and PETER APERAWIC, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

FRANK CONSERVA, as Administrator, etc., of CLARA CONSERVA, Deceased, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

HANDMAN SILK CORPORATION, Respondent, v. WOLF WILON, Also Known as VOVE WILON, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

LESLIE N. HEATHERTON, Respondent, v. JAMES M. HEATHERTON and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

In the Matter of the Petition of LUCY MAE B. SKILLMAN, the Widow of JOSEPH H. SKILLMAN, Deceased, for a Determination as to the Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of JOSEPH H. SKILLMAN, Late of the Town of Huntington, Suffolk County, New York, Deceased. THE BOARD OF FOREIGN MISSIONS OF THE METHODIST EPISCOPAL CHURCH and Others, Appellants; LUCY MAE B. SKILLMAN and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

HALSTED JAMES and FREDERICK O. BECKER, Respondents, v. SOUTH SIDE ESTATES, INC., and Others, Defendants, and WILLIAM H. DOOR, Appellant.— The motion is referred to the court that rendered the decision on the appeal. [See 247 App. Div. 820.] Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ. The motion is granted to the extent of granting an additional allowance of $1,000 to the appellant. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ. Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.